391 A.2d 686

Commonwealth v. Johnson, Appellant.

Submitted March 20, 1978. Paul Messing, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Arthur Lee Dixon, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissented. Compare this case (56 bags, no evidence of degree of dilution) with *Commonwealth v. Santi-*

608

*ago,* 462 Pa. 216, 340 A.2d 440 (1975) (25 packets, 17 bundles, half pound of heroin, and cutting and packaging equipment); *Commonwealth v. Hill,* 236 Pa.Super. 572, 346 A.2d 314 (1975) (45 half spoon packets of heroin, 11 packets of cocaine, packaging equipment, and large amount of cash); *Commonwealth v. Wright,* 234 Pa.Super. 83, 339 A.2d 103 (1975) (possession of 25 packets by defendant proved not to be user); *Commonwealth v. Brown,* 232 Pa.Super. 463, 335 A.2d 782 (1975) (expert testimony that 71 packets were bundled as seller would do).